**FILED**
CLERK, U.S. DISTRICT COURT

Oct. 15, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Cr _____ DEPUTY

CALDWELL LESLIE & PROCTOR, PC
ROBYN C. CROWTHER, State Bar No. 193840
  *crowther@caldwell-leslie.com*
MICHAEL D. ROTH, State Bar No. 217464
  *roth@caldwell-leslie.com*
KIMBERLY M. SINGER, State Bar No. 279883
  *singer@caldwell-leslie.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiff NICOLE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICOLE, INC., | Case No. 15-cv-02955-SVW-AJW |
| Plaintiff, | [PROPOSED] **PERMANENT INJUNCTION** |
| v. | The Honorable Stephen V. Wilson |
| OURZ FASHION, INC., a New York corporation; and DOES 1 through 10, inclusive, | Action Filed: April 21, 2015<br>Trial Date: October 27, 2015 |
| Defendants. | |

CALDWELL
LESLIE &
PROCTOR

## **PERMANENT INJUNCTION**

Defendant Ourz Fashion, Inc., and its officers, directors, agents, representatives, successors or assigns, and all persons acting in concert or in participation with any of them, including but not limited to Anita Sun, are hereby immediately enjoined from:

     1.  manufacturing, distributing or selling in any territory, handbags or any related goods or services that contain Nicole Lee's copyrights, including those reflected in the following copyright registrations, true and correct copies of which are attached hereto as Exhibit A:

| **Registration** | **Common Name** |
| --- | --- |
| Copyright VA 1-879-239 | Bicycle Design |
| Copyright VA 1-879-224 | Marina Design |
| Copyright VA 1-879-483 | City Look Design |
| Copyright VA 1-845-595 | Dolly Design |
| Copyright VA 1-815-902 | Clock Tower Design |
|  | Telephone Booth Design |
| Copyright VA 1-892-243 | Shopping Girl Design |
| Copyright VA 1-879-233 | Sandra Design |
| Copyright VA 1-879-567 | Pyramid Lock |
| Copyright VA 1-870-054 | Lion Design I |
| Copyright VA 1-870-131 | Lion Design II |
| Copyright VA 1-928-281 | Cartoon Lining |

     2.  manufacturing, distributing or selling in any territory, handbags or any related goods or services that contain a combination of:

       a.  an artistic depiction of a stylish woman; and

       b.  two or more of the other following elements associated with Nicole Lee:

         i.  A foreign cityscape or leopard print background;

      ii.  A rectangular nameplate with rounded ends and the brand name written in red (which may be placed on leather background);

     iii.  A pyramid-shaped lock with the brand name in red;

     iv.  Leather trim with studs;

      v.  Faux animal print around zippers, on trim, on buckles, or as adornment;

     vi.  A circular logo, consisting of an outer and inner circle, with initials and/or the brand name (which may be printed on the handbag and/or displayed on a vellum hang tag);

    vii.  Beige lining with small graphics and brand name in the following design:  line drawings of objects, dessert food items, coffee drinks, handbags and other accessories; interspersed with the brand name in various fonts; and with the images and name highlighted intermittently with red and blue accents; and

   viii.  The face of a lion.

2.  making or displaying any statement or representation that is likely to lead the public or the trade to believe that Defendant's goods and services are in any manner associated or affiliated with or approved, endorsed, licensed, sponsored, authorized or franchised by or are otherwise connected with Nicole Lee;

3.  manufacturing, distributing, or selling in any territory, any of the handbags depicted in Exhibit B hereto;

4.  manufacturing, distributing, or selling in any territory, any of the handbags or other merchandise listed in the Schedule attached as Exhibit C hereto;

5.  aiding, assisting or abetting any other party in doing any act prohibited by sub-paragraphs (1) through (4) above; and

6.  to the extent they are within Defendant's possession, custody, or control, Defendant shall make available for pick up by Nicole Lee all copies of each of the handbags depicted in Exhibit C;

The Permanent Injunction shall be effective without the posting of any bond or undertaking by Plaintiff Nicole, Inc.

**IT IS SO ORDERED.**

Dated:   October 15, 2015

_____
The Honorable Stephen V. Wilson
Judge, United States District Court

Submitted by:

CALDWELL LESLIE & PROCTOR, PC

By _____/s/ Robyn C. Crowther_____
ROBYN C. CROWTHER
Attorneys for Plaintiff NICOLE, INC.

## Certificate of Registration

RECEIVED NOV 0 8 P.M.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-879-239

**Effective date of registration:**

September 13, 2013

## Title

**Title of Work:** Background print of a woman with shopping bags and bicycle with faux leather trim and details for handbags, garments, and accessories.

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 1, 2013        **Nation of 1st Publication:** United States

## Author

■  **Author:** NICOLE LEE

**Author Created:** 2-D artwork, applied to handbags and carry-on luggage

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** NICOLE LEE

1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United States

## Rights and Permissions

**Organization Name:** NICOLE LEE

**Email:** min.l@nicoleleeusa.com        **Telephone:** 323-264-0005

**Address:** 1133 SOUTH BOYLE AVENUE

LOS ANGELES, CA 90023  United States

## Certification

**Name:** MIN LEE

**Date:** September 13, 2013

Page 1 of 1

**Registration #:**   VA0001879239
**Service Request #:**   1-993578622



NICOLE LEE
1133 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023   United States



EXHIBIT A
-6-

## Certificate of Registration

RECEIVED NOV 0 8 P.M.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-879-224

**Effective date of registration:**

September 30, 2013

## Title

**Title of Work:** Flowery design with script handwriting background and model in the center for handbags, garments, and accessories.

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 30, 2013      **Nation of 1st Publication:** United States

## Author

**Author:** NICOLE LEE

**Author Created:** 2-D artwork, applied to handbags and carry-on luggage

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** NICOLE LEE

1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United States

## Rights and Permissions

**Organization Name:** NICOLE LEE

**Email:** min.l@nicoleleeusa.com      **Telephone:** 323-264-0005

**Address:** 1133 SOUTH BOYLE AVENUE

LOS ANGELES, CA 90023  United States

## Certification

**Name:** MIN LEE

**Date:** September 30, 2013

Page 1 of 1

**Registration #:** VA0001879224
**Service Request #:** 1-1001627938



NICOLE LEE
1133 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023  United States



EXHIBIT A
-9-

## Certificate of Registration

RECEIVED NOV 12 P.M.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-879-483

**Effective date of registration:**

September 13, 2013

### Title

**Title of Work:** Color-block design with collage print of a city background, gold stud, and faux leather croc details for handbags, garments, and accessories.

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 1, 2013     **Nation of 1st Publication:** United States

### Author

**Author:** NICOLE LEE

**Author Created:** 2-D artwork, applied to handbags and carry-on luggage

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** NICOLE LEE

1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United States

### Rights and Permissions

**Organization Name:** NICOLE LEE

**Email:** min.l@nicoleleeusa.com     **Telephone:** 323-264-0005

**Address:** 1133 SOUTH BOYLE AVENUE

LOS ANGELES, CA 90023  United States

### Certification

**Name:** MIN LEE

**Date:** September 13, 2013

Page 1 of 1

**Registration #:** VA0001879483
**Service Request #:** 1-993578397



NICOLE LEE
1133 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023 United States



EXHIBIT A
-12-

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-845-595

**Effective date of registration:**

January 15, 2013

---

## Title

**Title of Work:** A woman in a cowboy hat posing in front of a brick wall that's decorated in writing and images of a flag and pin printed on handbags and carry-on luggage.

**Contents Titles:** A woman in a cowboy hat posing in front of a brick wall that's decorated in writing and images of a flag and pin printed on handbags and carry-on luggage;
Woman's backside in denim is the focal point in backdrop of faded writing accented with flowers, music notes, and flag printed on handbags and carry-on luggage;
A woman is front and center in front of a backdrop of a colorful city skyline with flowers printed on handbags and carry-on luggage;
A chic woman is in front and center of a backdrop of faded writing and a skyline in a vintage tone. Flowers and hearts throughout and leopard print trimming printed on handbags and carry-on luggage;
Pale backdrop with faded writing with doodling throughout. A woman's face is front and center within a seal printed on handbags and carry-on luggage;
Pale backdrop with faded writing with doodling throughout. A woman's face is front and center within a seal printed on handbags and carry-on luggage;
A woman with urban style stands in front of a faded backdrop of a skyline with writing that gives off a vintage feel printed on handbags and carry-on luggage. The image is encased in bright leopard trim

---

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 9, 2013       **Nation of 1st Publication:** United States

---

## Author

**Author:** NICOLE LEE

**Author Created:** 2-D artwork, applied on handbags and carry-on luggage

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

---

## Copyright claimant

**Copyright Claimant:** NICOLE LEE

1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United States

Page 1 of 2

**Registration #:**  VA0001845595

**Service Request #:**  1-877424681



NICOLE LEE
1133 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023  United States

**EXHIBIT A**
**-14-**



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-815-902

**Effective date of registration:**

May 23, 2012

## Title

**Title of Work:** Print of scenario in a European backdrop with stone paved walkways, architectural buildings and fashionable females walking past with dogs, and a framing floral border for handbags, garments and accessories.

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 17, 2012     **Nation of 1st Publication:** United States

## Author

**Author:** Nicole, Inc., DBA Nicole Lee

**Author Created:** 2-D artwork, applied to handbags.

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nicole, Inc., DBA Nicole Lee

1133 S Boyle Ave, Los Angeles, CA, 90023, United States

## Rights and Permissions

**Organization Name:** Nicole, Inc., dba Nicole Lee

**Name:** SANG LEE

**Email:** min.l@nicoleleeusa.com     **Telephone:** 323-264-0005

**Address:** 1133 S Boyle Ave

LOS ANGELES, CA 90023  United States

## Certification

**Name:** Sang Lee

**Date:** May 23, 2012

Page 1 of 1

*-APPLICATION-*

## Title

**Title of Work:** Print of scenario in a European backdrop with stone paved walkways, architectural buildings and fashionable females walking past with dogs, and a framing floral border for handbags, garments and accessories.
Print of scenario in a European backdrop with stone paved walkways, architectural buildings, a phone booth, and a single female holding an umbrella in the center among kittens framed with scalloped borders, for handbags, garments and accessories.

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 17, 2012        **Nation of 1st Publication:** United States

## Author

■   **Author:** Nicole, Inc., DBA Nicole Lee

**Author Created:** 2-D artwork, applied to handbags.

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nicole, Inc., DBA Nicole Lee

1133 S Boyle Ave, Los Angeles, CA, 90023, United States

## Rights and Permissions

**Organization Name:** Nicole, Inc., dba Nicole Lee

**Name:** SANG LEE

**Email:** min.l@nicoleleeusa.com        **Telephone:** 323-264-0005

**Address:** 1133 S Boyle Ave

LOS ANGELES, CA 90023  United States

## Certification

Page 1 of 2

EXHIBIT A
-17-



EXHIBIT A

-18-



EXHIBIT A

-19-

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0001892243 / 2013-12-09

Application Title: Woman wearing "HAT"(?) with Nicole Lee logo shopping bags
                     in front of La Tour Eiffel and New York buildings with
                     silver and golden squared spikes as windows in the
                     background.  for handbags, garments, and accessories.

Title:               Woman wearing "HAT"(?) with Nicole Lee logo shopping bags
                     in front of La Tour Eiffel and New York buildings with
                     silver and golden squared spikes as windows in the
                     background.  for handbags, garments, and accessories.

Description:         Electronic file (eService)

Copyright Claimant:
                     Nicole Lee.

Date of Creation:  2013

Date of Publication:
                     2013-11-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Nicole Lee, employer for hire; Domicile: United States;
                     Citizenship: United States. Authorship: 2-D artwork,
                     Applied to handbags and caryy-on luggage.

Rights and Permissions:
                     Nicole Lee, 1133 South Boyle Avenue, Los Angeles, CA,
                     90023, United States, (323) 264-0005,
                     min.l@nicoleleeusa.com

Names:               Nicole Lee
```

===================================================================================

EXHIBIT A
-20-

*-APPLICATION-*

## Title

**Title of Work:** Woman wearing "HAT"(?) with Nicole Lee logo shopping bags in front of La Tour Eiffel and New York buildings with silver and golden squared spikes as windows in the background. for handbags, garments, and accessories.

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 1, 2013          **Nation of 1st Publication:** United States

## Author

■      **Author:** Nicole Lee

**Author Created:** 2-D artwork, Applied to handbags and caryy-on luggage

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Nicole Lee

1133 South Boyle Avenue, Los Angeles, CA, 90023, United States

## Rights and Permissions

**Organization Name:** Nicole Lee

**Email:** min.l@nicoleleeusa.com          **Telephone:** 323-264-0005

**Address:** 1133 South Boyle Avenue

Los Angeles, CA 90023  United States

## Certification

**Name:** Min Lee

**Date:** December 9, 2013

EXHIBIT A
-21-

**Registration #:**

**Service Request #:** 1-1062400955

**Priority:** Routine

**Application Date:** December 9, 2013 07:06:00 PM

**Note to C.O.:** Nicole Lee is a company located in Los Angeles, California

## Correspondent

**Organization Name:** Nicole Lee

**Name:** Min  Lee

**Email:** min.l@nicoleleeusa.com

**Telephone:** 323-264-0005

**Address:** 1133 South Boyle Avenue
Los Angeles, CA 90023 United States

**Fax:** 323-264-0009

## Mail Certificate

Nicole Lee
1133 South Boyle Avenue
Los Angeles, CA 90023  United States

EXHIBIT A



# Certificate of Registration

RECEIVED NOV 0 8 P.M.



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-879-233

**Effective date of registration:**

September 30, 2013

## Title

**Title of Work:** Leopard and butterfly background with model, surrounded by flowers in the center with leopard print cowboy hat for handbags, garments, and accessories.

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 30, 2013    **Nation of 1st Publication:** United States

## Author

**Author:** NICOLE LEE

**Author Created:** 2-D artwork, applied to handbags and carry-on luggage

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** NICOLE LEE

1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United States

## Rights and Permissions

**Organization Name:** NICOLE LEE

**Email:** min.l@nicoleleeusa.com    **Telephone:** 323-264-0005

**Address:** 1133 SOUTH BOYLE AVENUE

LOS ANGELES, CA 90023 United States

## Certification

**Name:** MIN LEE

**Date:** September 30, 2013

Page 1 of 1

**Registration #:**   VA0001879233
**Service Request #:**   1-1001548678



NICOLE LEE
1133 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023  United States



EXHIBIT A
-26-

# Certificate of Registration



RECEIVED NOV 0 8 P.M

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-879-567

**Effective date of registration:**

October 14, 2013

## Title

Title of Work: Nicole Lee pyramid lock hardware for handbags, garments, and accessories.

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: October 1, 2013       Nation of 1st Publication: United States

## Author

Author: NICOLE LEE

Author Created: Technical drawing

Work made for hire: Yes

Citizen of: United States       Domiciled in: United States

## Copyright claimant

Copyright Claimant: NICOLE LEE

1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United States

## Rights and Permissions

Organization Name: NICOLE LEE

Email: min.l@nicoleleeusa.com       Telephone: 323-264-0005

Address: 1133 SOUTH BOYLE AVENUE

LOS ANGELES, CA 90023  United States

## Certification

Name: MIN LEE

Date: October 14, 2013

Correspondence: Yes

Page 1 of 1

**Registration #:**   VA0001879567

**Service Request #:**   1-1006440861



NICOLE LEE
1133 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023  United States



**HARDWARE #1**

## [ ACTUAL SIZE ]

### HARDWARE : LIGHT GOLD

6 cm

1.7 cm

1 cm

0.5 cm

0.1 cm
front
panel

0.1 cm
back
panel

1.5 cm

1.4 cm

1.9 cm

2.8 cm

front

0.6 cm

2.5cm

0.8 cm

side

0.8 cm

bottom

NL PYRAMID LOCK



EXHIBIT A

-30-

## Certificate of Registration

RECEIVED AUG 12 P.M.



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-870-054

**Effective date of
registration:**

July 3, 2013

---

### Title

**Title of Work:** Lion portrait print with crown embellishment and square studs, with faux croc skin details for handbags, garments, and accessories.

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 15, 2013     **Nation of 1st Publication:** United States

### Author

**Author:** NICOLE LEE

**Author Created:** 2-D artwork, applied to handbags and carry-on luggage

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** NICOLE LEE

1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United States

### Rights and Permissions

**Organization Name:** NICOLE LEE

**Email:** min.l@nicoleleeusa.com     **Telephone:** 323-264-0005

**Address:** 1133 SOUTH BOYLE AVENUE

LOS ANGELES, CA 90023  United States

### Certification

**Name:** MIN LEE

**Date:** July 3, 2013

---

Page 1 of 1











# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

RECEIVED AUG 1 9 P.M.

**Registration Number**

## VA 1-870-131

**Effective date of
registration:**

July 8, 2013

---

## Title

**Title of Work:** Jewelry print design with lion in a frame with circular and square studs, and faux croc
trim for handbags, garments, and accessories.

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 15, 2013     **Nation of 1st Publication:** United States

## Author

**Author:** NICOLE LEE

**Author Created:** 2-D artwork, applied to handbags and carry-on luggage

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** NICOLE LEE

1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United
States

## Rights and Permissions

**Organization Name:** NICOLE LEE

**Email:** min.l@nicoleleeusa.com     **Telephone:** 323-264-0005

**Address:** 1133 SOUTH BOYLE AVENUE

LOS ANGELES, CA 90023  United States

## Certification

**Name:** MIN LEE

**Date:** July 8, 2013

Page 1 of 1



**EXHIBIT A**

-34-

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | NL logo stamp pattern with stars and stripes detail. |
| | White background with NL logo stamp and details of NL character. |
| | Diamond pattern background with NL logo and geometric symbols. |
| | Four hound-tooth like geometric pattern with Nicole Lee logo. |
| | Brown polka dots pattern with Nicole Lee written in cursive. |
| | Nicole Lee U.S.A. logo pattern in red and cream color. |
| | Cartoon images of flowers, clothing, and necklace, and NL logo with white background. |
| | Nicole Lee in bold black and red front pattern background. |
| | Red background with blue polka dots and Nicole Lee logo. |
| | Geometric diamond print with NL logo in the center. |
| | Color-block background with NL logo stamp. |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | September 1, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| ▪ **Author:** | NICOLE LEE | |
| **Author Created:** | 2-D artwork, applied to garments, handbags, travelware and accessories. | |
| **Work made for hire:** | Yes | |
| **Citizen of:** | United States | **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | NICOLE LEE |
| | 1133 SOUTH BOYLE AVENUE, LOS ANGELES, CA, 90023, United States |

## Rights and Permissions

| | | |
|---|---|---|
| **Organization Name:** | NICOLE LEE | |
| **Email:** | min.l@nicoleleeusa.com | **Telephone:** 323-264-0005 |
| **Address:** | 1133 SOUTH BOYLE AVENUE | |
| | LOS ANGELES, CA 90023  United States | |

**EXHIBIT A**

-35-

## Certification

**Name:** MIN LEE

**Date:** September 17, 2014

**Registration #:**

**Service Request #:** 1-1754078851

**Priority:** Routine          **Application Date:** September 17, 2014 04:10:10 PM

**Note to C.O.:** NICOLE LEE IS A COMPANY LOCATED IN LOS ANGELES, CALIFORNIA

## Correspondent

**Organization Name:** NICOLE LEE

**Name:** MIN  LEE

**Email:** min.l@nicoleleeusa.com          **Telephone:** 323-264-0005

**Address:** 1133 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023 United States

**Fax:** 323-264-0009

## Mail Certificate

NICOLE LEE
1133 SOUTH BOYLE AVENUE
LOS ANGELES, CA 90023  United States

EXHIBIT A



EXHIBIT A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit B**

(Images of Ourz's handbags from Complaint)



CALDWELL
LESLIE &
PROCTOR

1

**Exhibit C**

2

(The Ourz Inventory)

3   P83246 #033 BLACK                    64 PCS (WALLET)

4   P83246 #033 MUTI                     64 PCS (WALLET)

5   P83248 #033 BLACK                    67PCS (CROSS-BODY)

6   P83248 #033 MUTI                     72PCS (CROSS-BODY)

7   P83247 #033 BLACK                    72PCS (SMALL MESSENGER)

8   P83247 #033 MUTI                     72PCS (SMALL MESSENGER)

9   P83249 #033 BLACK                    44PCS (TOTE HANDBAG)

10  P83249 #033 MUTI                     44PCS (TOTE HANDBAG)

11  P83250 #033 BLACK                    36PCS (HANDBAG)

12  P83250 #033 MUTI                     38PCS (HANDBAG)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALDWELL
LESLIE &
PROCTOR